# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 20, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

147467 & (132)

SHALAAN FISHER,
      Plaintiff/Counter-
      Defendant-Appellee,

v

      SC: 147467
      COA: 299212
      Wayne CC: 08-128171-DO

ABDULLATTIEF A. SULIEMAN,
      Defendant/Counter-
      Plaintiff-Appellant.

_____/

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the April 11, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 20, 2013



Clerk

d0917